# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TROY PELTS,          )
                           )

           Petitioner,    )
                           )     1 05CV9

v                          )     6 92CR305-1
                           )

UNITED STATES OF AMERICA,    )
                           )

          Respondent    )

## J-U-D-G-M-E-N-T

On February 7, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U S C  636(b)  No objections were received by the court within the time prescribed by the statute

The court hereby adopts the Magistrate Judge's Recommendation

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondent's motion to dismiss (docket no  44) be **GRANTED**, that Petitioner's motion to vacate, set aside or correct sentence (docket no  42) be **DENIED** and that this action be, and is hereby, dismissed with prejudice  Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued

_____
UNITED STATES DISTRICT JUDGE

DATE March 27, 2006